IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBINA ONYIAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 22-1556 |

## **ORDER**

**AND NOW**, this 3rd day of January, 2024, upon consideration of Plaintiff's "Motion to Compel Defendants' Responses to Plaintiff's Interrogatories and Requests for Production of Documents" (Docket No. 38), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows. Defendants shall provide full and complete responses to Plaintiff's October 4, 2023 Interrogatories and Requests for Production of Documents no later than January 17, 2024.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.