IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBINA ONYIAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 22-1556 |

# ORDER

**AND NOW**, this 11th day of March, 2024, upon consideration of Plaintiff's "Motion to Amend the Complaint to Identify John/Jane Doe Defendants" (Docket No. 43), to which Defendants have not responded, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff may file a second amended complaint on or before March 21, 2024.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.